84 A.3d 1056

**David LUSICK, Appellant**

**v.**

**Defacto Judge Pam Pryor Cohen DEMBE, Joseph Evers, Clerk of Court, Sara Siegel Business Mgr., PA Department of Corrections Commonwealth of Pennsylvania, Travis Anderson, Esq., Kathy Diffily, Esq, A. Taylor Williams Esq., Appellees.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**